# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathryn Lucille Ford,<br><br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>    Defendant. | NO. CV-20-00276-TUC-JCH (LAB)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed January 6, 2022, the Commissioner's Objection to Report and Recommendation (Doc. [39]) is OVERRULED. IT IS FURTHER ORDERED ADOPTING IN FULL the Report and Recommendation (Doc. [38]) and REVERSING the decision of the Commissioner and this matter is remanded to the Commissioner for the immediate calculation and award of benefits consistent with the Order Doc.[41].

                                       Debra D. Lucas
                                       District Court Executive/Clerk of Court

January 6, 2022

                                       s/ R. Megui
                         By   Deputy Clerk